UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN JOHNSTON and NILE CHARLES,

        Plaintiffs,

   v.

APPLE, INC.,

        Defendant.

1:11-cv-03321-JSR

## STIPULATION

It is hereby stipulated between undersigned counsel that the time for Defendant, Apple, Inc., to move, answer, or otherwise respond to the Plaintiffs' Complaint is hereby extended to May 31, 2011.

Dated: New York, New York
      May 23, 2011

Respectfully submitted,

PHILLIPS & PHILLIPS PLLC

By: William K. Phillips
30 Broad St., 35th Floor
New York, New York 10004
(212) 587-0760
*Attorneys for Plaintiffs*

SCHIFF HARDIN LLP

By: Thomas M. Crispi (TC-2733)
666 Fifth Avenue
New York, New York 10103
(212) 753-5000
*Attorneys for Apple, Inc.*

**SO ORDERED:**

_____
U.S.D.J.

5-28-11