UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X        Index No.11 cv 3321
                                                                              (JSR)
BRIAN JOHNSTON and NILE CHARLES,
                                                                              **ORDER**
                                Plaintiffs,

              -against-

APPLE INC.,
                         Defendant                                   Defendants.

---------------------------------------------------------------X


### NOTICE OF APPEARANCE

Please be advised that William K. Phillips (Of Counsel) to DEREK T. SMITH LAW GROUP, P.C. hereby enters an appearance on behalf of the plaintiff in the herein action as Attorneys for Plaintiff.

Dated:  New York, NY
         MAY 31, 2011

                                                     Yours, etc.,
                                                   William Phillips, Esq.

                                                 _____/s/_____
                                                 William K. Phillips (wp0409)
                                                 Of Counsel
                                                 DEREK T. SMITH LAW GROUP, P.C.
                                                 30 Broad Street, 35th Floor
                                                 New York, NY, 10004
                                                 212-587-0760

*Attorneys for Defendant*
Thomas M. Crispi
Schiff Hardin LLP
900 Third Avenue, 23rd Floor
New York, NY  10022
 (T - main) 212-753-5000