UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAIN JOHNSTON & NILE CHARLES | CASE NO: |
| Plaintiff, | |
| | 11-CV-3321 |
| -against- | |
| | **DEFENDANT'S RULE 7.1** |
| APPLE INC. & OMNISCIENT INVESTIGATION CORP., | **STATEMENT** |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, OMNISCIENT INVESTIGATION CORP., certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated: New York, New York
      June 23, 2011

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195
By:   David L. Metzger
       DM3890

TO:

DEREK T. SMITH LAW GROUP, P.C.
Attorneys for Plaintiff
30 Broad Street, 35th Floor
New York, New York 10004
212.587.0760

SCHIFF HARDIN, LLP
Attorneys for Defendant
APPLE INC.
666 Fifth Avenue, 17th Floor
New York, New York 10103
212.753.5000