UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAIN JOHNSTON & NILE CHARLES<br><br>Plaintiff,<br><br>-against-<br><br>APPLE INC. & OMNISCIENT INVESTIGATION CORP.,<br><br>Defendants, | CASE NO:<br><br>11-CV-3321<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Defendant OMNISCIENT INVESTIGATION CORP., hereby appears in the above-entitled action by way of the undersigned counsel, and demands that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
June 23, 2011

*[signature]*

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195
By:   David L. Metzger
      DM3890

TO:

DEREK T. SMITH LAW GROUP, P.C.
Attorneys for Plaintiff
30 Broad Street, 35th Floor
New York, New York 10004
212.587.0760

SCHIFF HARDIN, LLP
Attorneys for Defendant
APPLE INC.
666 Fifth Avenue, 17th Floor
New York, New York 10103
212.753.5000