AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern　　　　　　　　DISTRICT OF　　　　　　　　New York

## APPEARANCE

Case Number: 11-cv-3321 (JSR)

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for
　　Plaintiffs Nile Charles and Brian Johnston.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/11/2011 | *(signature)* |
| Date | Signature |
| | Jesse C. Rose — JR-2409 |
| | Print Name — Bar Number |
| | 30 Broad Street; 35th Floor |
| | Address |
| | New York — New York — 10004 |
| | City — State — Zip Code |
| | (347) 709-2584 — (800) 483-4508 |
| | Phone Number — Fax Number |