UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Johnston & Charles           Plaintiff,        Case No. 11-cv-3321

    -against-

Apple Inc. et. al.           Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jesse C. Rose**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR-2409        My State Bar Number is 4645685

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Valli Kane & Vagnini LLP
             FIRM ADDRESS: 600 Old Country Road; Suite 519, Garden City, NY
             FIRM TELEPHONE NUMBER: 516-203-7180
             FIRM FAX NUMBER: 516-706-0248

NEW FIRM:    FIRM NAME: The White Rose Group LLC
             FIRM ADDRESS: 86-12 86th St.; 2nd Fl.; Jackson Heights, New York
             FIRM TELEPHONE NUMBER: 347-709-2584
             FIRM FAX NUMBER: 800-483-4508

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/4/2011

*Jesse C. Rose* (signature)
ATTORNEY'S SIGNATURE