UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRAIN JOHNSTON & NILE CHARLES

                Plaintiff,                          11 CV 3321 (JSR)

    - against-                               **NOTICE OF MOTION**
                                                      **FOR JUDGMENT PURSUANT**
APPLE INC. & OMNISCIENT INVESTIGATION     **TO FEDERAL RULE OF CIVIL**
CORP.,                                                    **PROCEDURE 12(B)(6).**
               Defendants.
-------------------------------------------------------X

**NOTICE OF MOTION FOR JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

PLEASE TAKE NOTICE that upon the accompanying memoranda of law; the August 10, 2011 Declaration of David L. Metzger in Support of defendant, Omniscient Investigation Corp.'s ("Omniscient") Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6); and the exhibits submitted in connection therewith, the defendant, Omniscient, will move this Court in Courtroom 14B of the United States Courthouse, 500 Pearl Street, New York, New York, on September 2, 2011 at 4:30 p.m. for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing all causes of action alleged in the Second Amended Complaint as to the defendant, Omniscient.

PLEASE TAKE FURTHER NOTICE, that pursuant to the telephone conference with the court on July 29, 2011 and the resulting motion scheduling order, Plaintiffs' answering papers, if any, are due August 19, 2011 and Defendants' Reply papers, if any, are due on August 26, 2011.

Dated: New York, New York
August 10, 2011

Respectfully submitted,

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195
By: David L. Metzger
DM3890
dlmetzger@lewisjohs.com

TO:
WHITE ROSE GROUP, LLC
Attorneys for Plaintiffs
86-12 37th Avenue, 2nd Floor
Jackson Heights, NY 11374
347.709.2584
Jesse Rose, Esq.
jrose@tpglaws.com

DEREK T. SMITH LAW GROUP, P.C.
Attorneys for Plaintiffs
30 Broad Street, 35th Floor
New York, New York 10004
212.587.0760
William Phillips, Esq.
wkphillips@tpglaws.com

SCHIFF HARDIN, LLP
Attorneys for Defendant
APPLE INC.
666 Fifth Avenue, 17th Floor
New York, New York 10103
212.753.5000
Thomas Crispi, Esq.
tcrispi@schiffhardin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2011 the following parties were served via electronic mail and via Electronic Court Filing a true copy of the defendant, Omniscient Investigation Corp.'s, Notice Of Motion For Judgment Pursuant To Federal Rule of Civil Procedure 12(B)(6)

WHITE ROSE GROUP, LLC
Attorneys for Plaintiffs
86-12 37th Avenue, 2nd Floor
Jackson Heights, NY 11374
347.709.2584
Jesse Rose, Esq.
jrose@tpglaws.com

DEREK T. SMITH LAW GROUP, P.C.
Attorneys for Plaintiffs
30 Broad Street, 35th Floor
New York, New York 10004
212.587.0760
William Phillips, Esq.
wkphillips@tpglaws.com

SCHIFF HARDIN, LLP
Attorneys for Defendant
APPLE INC.
666 Fifth Avenue, 17th Floor
New York, New York 10103
212.753.5000
Thomas Crispi, Esq.
tcrispi@schiffhardin.com

Dated: New York, New York
August 10, 2011

_____
DAVID L. METZGER, ESQ.
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195