UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAIN JOHNSTON & NILE CHARLES,<br><br>               Plaintiff,<br><br>     -against -<br><br>APPLE INC. & OMNISCIENT INVESTIGATION CORP.,<br><br>               Defendants. | 11 CV 3321(JSR)<br><br>**DECLARATION OF DAVIND L. METZGER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

**DECLARATION OF DAVID L. METZGER IN SUPPORT OF MOTION PURSUANT TO RULE 12(b)(6) TO DISMISS THE SECOND AMENDED COMPLAINT**

I, David L. Metzger, pursuant to 28 U.S.C. §1746, under the penalties of perjury, declare that the following is true and correct:

1. I am an attorney duly admitted to practice before the United States District Court for the Southern District of New York. I am an associate with the firm of Lewis Johs Avallone Aviles, attorneys for the defendant, Omniscient Investigation Corp. ("Omniscient"), and I make this Declaration in support of the defendant, Omniscient's, motion for judgment dismissing the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Attached as Exhibit "A" is a true and correct copy of the plaintiffs [First] Amended Complaint filed in the above-captioned matter.

3. Attached as Exhibit "B" is a true and complete copy of the transcript of the conference held before the Hon. Judge Jed S. Rakoff on June 28, 2011.

4. Attached as Exhibit "C" is a true and complete copy of the plaintiffs' Second Amended Complaint.

Dated and Executed:

New York, New York
August 10, 2011

_____
David L. Metzger (DLM 9380)
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195
dlmetzger@lewisjohs.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2011 the following parties were served via electronic mail and via Electronic Court Filing a true copy of the defendant, Omniscient Investigation Corp.'s, Declaration of David L. Metzger In Support Of Motion To Dismiss Pursuant To Rule 12(b)(6).

>WHITE ROSE GROUP, LLC
>Attorneys for Plaintiffs
>86-12 37th Avenue, 2nd Floor
>Jackson Heights, NY 11374
>347.709.2584
>Jesse Rose, Esq.
>jrose@tpglaws.com

>DEREK T. SMITH LAW GROUP, P.C.
>Attorneys for Plaintiffs
>30 Broad Street, 35th Floor
>New York, New York 10004
>212.587.0760
>William Phillips, Esq.
>wkphillips@tpglaws.com

>SCHIFF HARDIN, LLP
>Attorneys for Defendant
>APPLE INC.
>666 Fifth Avenue, 17th Floor
>New York, New York 10103
>212.753.5000
>Thomas Crispi, Esq.
>tcrispi@schiffhardin.com

Dated: New York, New York
August 10, 2011

_____
DAVID L. METZGER, ESQ.
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
OMNISCIENT INVESTIGATION CORP.
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195