UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRIAN JOHNSTON and NILE CHARLES,

         Plaintiffs,

   v.

APPLE INC. and OMNISCIENT INVESTIGATION CORPORATION,

         Defendants.

------------------------------------------------------------------------

1:11-cv-03321-JSR

**NOTICE OF MOTION**

# NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE, that upon all moving papers submitted in support of Apple Inc.'s August 10, 2011 Motion to Dismiss the Second Amended Complaint; the August 10, 2011 Declaration of Thomas M. Crispi in Support of Apple Inc.'s Motion to Dismiss the Second Amended Complaint; and the exhibits attached thereto, Apple Inc. will move this Court in Courtroom 14B at the United States Courthouse, 500 Pearl Street, New York, New York, on September 2, 2011, at 4:30 P.M., for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 12(d), granting judgment to Apple Inc., and for such other and further relief as to this Court seems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's schedule and the consent of the parties, Plaintiffs' answering papers, if any, are due on August 19, 2011, and Apple Inc.'s reply papers, if any, are due on August 26, 2011.

**Signature Block Appears on the Following Page**

Dated: New York, New York
August10, 2011

Respectfully submitted,

SCHIFF HARDIN LLP

/s/ Thomas M. Crispi
Thomas M. Crispi
tcrispi@schiffhardin.com
Kellen G. Ressmeyer
kressmeyer@schiffhardin.com
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

*Counsel for Apple Inc.*

NY\51033517.1