UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X        11-CV-3321 (JSR)

BRIAN JOHNSTON and NILE CHARLES,

                              Plaintiffs,

    -against-

APPLE INC. & OMNISCIENT INVESTIGATION CORP.,

                              Defendants.
---------------------------------------------------------------------------X

**DECLARATION OF COUNSEL IN OPPOSITION TO DEFENDANT APPLE'S MOTION TO DISMISS**

      **WILLIAM K. PHILLIPS, ESQ.**, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am an attorney duly admitted to practice in the Courts of the State of New York, and in the United States District Court for the Southern District of New York. I represent the plaintiffs in the above-captioned action. As such, I am fully familiar with the facts and circumstances of this action, the basis of my knowledge being the files maintained by my office.

2. I submit this Declaration in Opposition to Defendant Apple's Motion to Dismiss and for such other and further relief as this Court deems just and proper.

3. A copy of Plaintiffs' Second Amended Complaint is attached hereto as Exhibit "A."

4. No prior application for the relief herein requested has been made to this Court.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order:

(i) Denying Defendant Apple's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 12(d) of the Federal Rules of Civil Procedure; and

(ii) For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
August 18, 2011

                                    **DEREK T. SMITH LAW GROUP, P.C.**
*Attorneys for Plaintiff*

_____/s/_____
William K. Phillips (wp0409)
Of Counsel
30 Broad Street, 35th Floor
New York, NY 10004
(212) 587-0760

To: Thomas M. Crispi, Esq.
Kellen G. Ressmeyer, Esq.
SCHIFF HARDIN LLP
*Attorneys for Apple Inc.*
666 Fifth Avenue, 17th Floor
New York, NY 10103
212-753-5000

David L. Metzger, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Omniscient Investigation Corp.*
61 Broadway, Suite 2000
New York, NY 10006
212-233-7195