```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN JOHNSTON and NILE CHARLES,
                                Plaintiffs,

                -against-

APPLE INC. and OMNISCIENT INVESTIGATION
CORPORATION,
                                Defendants.
-------------------------------------------------------------X

11 **CIVIL** 3321 (JSR)

## JUDGMENT

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on October 13, 2011, having rendered its Opinion and Order reaffirming its Order of September 14, 2011 dismissing, with prejudice, claims one and two of the Second Amended Complaint, brought under 42 U.S.C. § 1982 and New York State Executive Law § 296, dismissing, without prejudice to re-filing in state court, claim three of the complaint, brought under the Administrative Code of the City of New York § 8-107, and directing the Clerk of the Court to enter final judgment and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 13, 2011, the Court hereby reaffirms its Order of September 14, 2011 dismissing, with prejudice, claims one and two of the Second Amended Complaint, brought under 42 U.S.C. § 1982 and New York State Executive Law § 296, and dismissing, without prejudice to re-filing in state court, claim three of the complaint, brought under the Administrative Code of the City of New York § 8-107; accordingly, the case is closed.

**Dated:** New York, New York
October 17, 2011

**RUBY J. KRAJICK**

**BY:** _____
**Clerk of Court**

_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____